United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN-MICHAEL TYLER POTTS,<br><br>   Petitioner,<br><br>   vs.<br><br>JAMES WALKER,<br><br>   Respondent. | No. C 09-05849 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 4) |

On December 15, 2009, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with an In Forma Pauperis Application. On that same day, the clerk of the Court sent a notification to Petitioner that his application was deficient because Petitioner failed to attach the following: 1) Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution; and 2) Petitioner's prisoner trust account statement showing transactions for the last six months. The notification included the warning that the case would be dismissed if Petitioner failed to respond within thirty days.

On January 11, 2010, Petitioner filed a letter requesting an extension of time to file the necessary documents to complete his In Forma Pauperis Application.

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.09\Potts05849_ifp-eot.wpd

1  (Docket No. 4.) Good cause appearing, the request is GRANTED. The necessary
2  documentation must be filed with the Court **no later than thirty (30) days** from the
3  date this order is filed**.** Failure to comply with the Court's order in a timely manner
4  will result in the dismissal of the case without prejudice for failure to pay the filing
5  fee.

6  IT IS SO ORDERED.

7  DATED: 1/20/10

8  JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUSTON-MICHAEL TYLER POTTS,

        Petitioner,

  v.

JAMES WALKER,

        Respondent.
                             /

Case Number: CV09-05849 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  1/27/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Justin-Michael Tyler Potts F-57586
CSP-Sacramento
P.O. Box 290066
B-2-101
Represa, CA 95671

Dated:  1/27/10

                                            Richard W. Wieking, Clerk