1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   JUSTON-MICHAEL TYLER POTTS,      )    No. C 09-5849 LHK (PR)
                                                )
12            Petitioner,           )
                                                  )    JUDGMENT
13    v.                                 )
                                                  )
14   MIKE McDONALD, Warden,         )
                                                  )
15            Respondent.        )
   _____ )

16

17        The Court has denied the instant petition for writ of habeas corpus on the merits.

18 Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of

19 his petition.  The Clerk shall close the file.

20        IT IS SO ORDERED.

21 DATED: _____ 12/2/11

22                                      LUCY H. KOH
                                   United States District Judge

23
24
25
26
27
28