IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTON-MICHAEL TYLER POTTS,<br><br>  Petitioner,<br><br>  v.<br><br>MIKE McDONALD, Warden,<br><br>  Respondent. | No. C 09-5849 LHK (PR)<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

This matter came before the Court for consideration of Petitioner's *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his 2006 conviction in the Contra Costa County Superior Court. The petition was denied on its merits. A certificate of appealability was denied in the order denying the petition. *See* Rules Governing Section 2254 Cases 11(a). The United States Court of Appeal for the Ninth Circuit subsequently also declined to issue a certificate of appealability.

Before the Court is Petitioner's "Motion for an Extension of Time to File a Motion to Proceed *In Forma Pauperis*," which will be construed as a motion for leave to proceed *in forma pauperis* on appeal. Because the Ninth Circuit has denied his request for a certificate of appealability, Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Docket No. 35) is DENIED as moot.

IT IS SO ORDERED.

DATED: 6/28/12

LUCY H. KOH
United States District Judge

Order Denying As Moot Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal
G:\PRO-SE\SJ.LHK\HC.09\Potts849denyAFP.wpd